**San Benito Health Care LLC**
**Case #05-11412,  filed 10/7/05**
**U.S. Trustee MOR Analysis**

|  | October | November | December | January | February | March | Totals |
|---|---|---|---|---|---|---|---|
| Revenues (MOR-6 Accrual) | $1,344,832 | $1,698,534 | $1,784,173 | $1,718,685 | $1,568,772 | $2,059,898 | **$10,174,894** |
| Net Income (MOR-6 Accrual) | 365 | 10,732 | 93,294 | 12,979 | 32,001 | 237,978 | **387,349** |
| Receipts (MOR-7 Cash) | 487,232 | 472,497 | 669,585 | 545,768 | 425,228 | 530,722 | **3,131,032** |
| Net Cash Flow (MOR-7 Cash) | 89,036 | (31,347) | (78,871) | (435) | (71,443) | 29,961 | **(63,099)** |
| Ending Cash (MOR-7) | 89,036 | 57,689 | (21,182) | (21,617) | (93,060) | (63,099) | |
| Ending Cash (MOR-8) | 76,103 | 95,987 | 82,708 | 68,251 | 16,332 | 56,176 | |
| Payments to Insiders (MOR-9) | - | - | - | - | - | - | |
| Payments to Professionals (MOR-7) | - | 49,179 | 12,294 | 10,783 | 10,000 | 10,000 | **92,256** |
| Payments to Professionals (MOR-9) | 1,500 | - | 1,500 | - | - | - | **3,000** |