UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| SAN BENITO HEALTH CARE, LLC | § | 05-11412-B-11 |
| | § | |
| DEBTOR | § | CHAPTER 11 |

ORDER DISMISSING CASE

UPON consideration of the Motion of the United States Trustee to Convert Case to Chapter 7 and for other relief pursuant to 11 U.S.C. § 1112, and upon consideration of the preference of the debtor for dismissal rather than conversion, it is hereby

**ORDERED** that this chapter 11 case is dismissed. It is further;

**ORDERED** that within ten (10) days of the date of entry of this order, the debtor shall file a statement of disbursements for the period from November 1, 2006 through the date of entry of this order and shall serve a copy of said statement on the United States Trustee; it is further;

**ORDERED** that within ten (10) days of the date of entry of this order, the debtor shall pay to the United States Trustee, by cashiers check, the sum properly assessed for fees due and payable to the United States Trustee pursuant to 28 U.S.C. 1930(a)(6). The failure of the Debtor to remit full payment by said date shall constitute cause to reopen this case pursuant to 11 U.S.C. 350(b). If the Debtor fails to remit full payment by said date, this chapter 11 case shall be reopened and converted to a case under chapter 7 upon the filing of an application, affidavit, and proposed order by the United States Trustee. This Court shall retain jurisdiction to enforce payment of fees assessed pursuant to 28 U.S.C. 1930(a)(6).

Dated: December 15, 2006

HONORABLE RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE